UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM HEHMAN,<br><br>　　　　　　　Defendant. | Case No. EDCR16-88-SP<br>　　　　CC72   F4408449<br><br>PROBATION VIOLATION<br>JUDGMENT |

　　　On September 6, 2016, this matter came before the Court on a petition to show cause why probation should not be revoked. William Hehman ("defendant") was present and represented by Deputy Federal Public Defender Angela Viramontes. The defendant admitted to allegations one and two as alleged in the Probation Officer's petition filed on January 24, 2012.

　　　Based on defendant's admissions to allegations, the Court finds that he has violated the terms and conditions of probation as imposed on December 6, 2011.

　　　IT IS THE JUDGMENT OF THE COURT that defendant's probation is hereby revoked, vacated, and set aside. A judgment of conviction is hereby entered.

///

///

///

The Court orders that the defendant is hereby reinstated on probation for a period of two (2) years under the previous conditions with the imposition of the following additional conditions:

1) Defendant shall pay a total monetary sanction of $50 ($25 mandatory special assessment, $25 processing fee) as directed by the U.S. Probation Office.

2) Defendant shall pay a total monetary sanction of $35 ($10 mandatory special assessment, $25 processing fee) as to citation F4408448 as directed by the U.S. Probation Office.

The court will consider early termination of probation upon motion by defendant or defense counsel.

Defendant is advised of his right to appeal the sentence.

DATED: September 14, 2016

HONORABLE SHERI PYM
United States Magistrate Judge

FILED: 9-16-16

KIRY GRAY, CLERK

By: _____
Donnisha Brown
Deputy Clerk